ACCEPTED
03-15-00438-CV
8409948
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 1:55:00 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00438-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 1:55:00 PM
JEFFREY D. KYLE
Clerk

VINCENT WRENCHER, SR.,
Appellant,

v.

THE STATE OF TEXAS,
Appellee

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 8
TRAVIS COUNTY, TEXAS

APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE
APPELLEE'S BRIEF

Respectfully submitted,

Kenny Conyer
Assistant City Attorney
The City of Austin, Texas
700 East 7th Street
Austin, Texas 78701
512-974-4804 office
512-974-1244 fax
Kenny.Conyer@austintexas.gov
Bar No. 24065074

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, the State of Texas, Appellee, and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court as follows:

1. Appellee believes its response brief will be due on December 30, 2015. Appellee requests an extension of one month, to February 1, 2016, to file its brief. This is Appellee's first request for an extension in this case.

2. The Assistant City Attorney assigned to this case, Kenny Conyer, is unable to complete a response brief due to the holiday work schedule combined with a heavy work load. Appellee notes the Court has granted two extensions for the Appellant.

## PRAYER

Wherefore, the State would, for the reasons stated herein, request that the Court grant this motion for an extension of time.

Respectfully Submitted,

Anne Morgan
City Attorney
State Bar No. 14432400

Kenny Conyer

State Bar No. 24065074

Assistant City Attorney for
The City of Austin, Texas
700 East 7th Street
Austin, Texas 78701
512-974-4804 office
512-974-1244 fax
Kenny.Conyer@austintexas.gov

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Texas Rules of Appellate Procedure, this 30 day of December, 2015.

**Via Certified Mail, _____ to:**
Mr. Vincent Wrencher Senior
1117 Briargate
Austin, Texas 78753

KENNY CONYER

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

Vincent Wrencher Sr., Pro se

 ☐ opposes motion
 X does not oppose motion
 ☐ agrees with motion
 ☐ would not say whether motion is opposed
 ☐ did not return my message regarding the motion

KENNY CONYER

12/30/15